LAW OFFICES OF NOLAN KLEIN, P.A.

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2020

March 3, 2020

**VIA ECF**
Honorable Magistrate Judge Katharine H. Parker
Southern District of New York
500 Pearl St., Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference in this matter that is scheduled for Tuesday, March 10, 2020 at 2:45 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Thursday, April 23, 2020 at 11:15 a.m.**
>
> APPLICATION GRANTED
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 03/04/2020

Re: *O'Rourke v. Golden Realty II, et al.*
    SDNY Case No.: 20-cv-0041

Dear Magistrate Judge Parker,

This office represents the Plaintiff, Christopher O'Rourke, in the above-captioned case. An Initial Case Management conference is scheduled for March 10, 2020 at 2:45 p.m.

To date, no appearances have been made by either Defendant yet. Service of process is still being effectuated on Defendant, JBSR Associates, LLC and responses for Golden Realty II are presently due on March 11, 2020. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendants to make an appearance. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: _/s/ Hector V. Ramirez_
    HECTOR V. RAMIREZ, ESQ.
    (HR3270)

HVR/amd