USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHRISTOPHER O'ROURKE,

                                              Plaintiff,

                      -against-

GOLDEN REALTY II, and JBSR ASSOCIATES, LLC
*d/b/a* IDEAL CHEESE SHOP,

                                              Defendants.

-----------------------------------------------------------------X

20-CV-0041 (PAE) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The initial case management conference scheduled for April 23, 2020 at 11:15 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

**SO ORDERED.**

DATED:    New York, New York
              March 16, 2020

                                                      _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge